IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMTERIOUS GORDON,

                Plaintiff,

v.                                                      ORDER

KENNETH LOBENSTEIN AND                         22-cv-78-wmc
JANUSZ PLUCINSKI,

                Defendants.

---

The court is attaching drafts of the voir dire, introductory and post-trial jury instructions and the verdict form. Counsel for defendants is directed to ensure that John C. Burke Correctional Institution staff print a copy of this order and the attached documents for plaintiff so that he sees the drafts in advance of the final pretrial conference now set for September 28, 2023, at 3:30 p.m. In addition, defense counsel is directed to contact the JBCC Superintendent to arrange transportation for plaintiff to Madison for the October 10, 2023 trial.

Entered this 27th day of September, 2023.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

1